IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD M. ROAN, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) CV- 08-TMP-0133-S |
| AMSOL, LLC, and AMSOL | ) |
| PHYSICIANS OF ATHENS, AL, | ) |
| LLC, | ) |
| | ) |
| Defendants. | |

## MOTION OF DEFENDANTS TO FILE THE SUBSTITUTED EXHIBIT 9, TO EVIDENTIARY SUBMISSIONS AND BRIEF UNDER SEAL

**COME NOW** Defendants, **AMSOL, LLC and AMSOL PHYSICIANS OF ATHENS, AL, LLC** (hereinafter referred to collectively as "Defendants"), and here file this Motion of Defendants to File the Substituted Exhibit 9 to Evidentiary Submissions and Brief Under Seal. In support of said Motion, Defendants show as follows:

1. Defendants filed their Evidentiary Submissions and Brief in Support of Motion for Summary Judgment Under Seal in the above-styled case in accordance with this Court's Administrative Procedure for CM/ECF filing and Appendix I to this Court's ALND Uniform Initial Order Governing Further Proceedings Entered February 26, 2008.

2.  Exhibit 9 to the Evidentiary Submissions was an unsigned Affidavit of Jon Bignault, M.D.

3.  Defendants are herewith filing a motion to substitute as Exhibit 9 the properly executed affidavit of Jon Bignault, M.D. for the unsigned affidavit.

4.  The executed affidavit of Jon Bignault, M.D. contains confidential and proprietary information and is therefore subject to the Protective Order entered by this Court on May 23, 2008.

**WHEREFORE,** Defendants pray that this Court will allow their Motion to Substitute Exhibit 9 to Evidentiary Submissions and Brief and the attached Exhibit 9 to be filed under seal.

Respectfully submitted,

/s/ *Gaile Pugh Gratton*
GAILE PUGH GRATTON
ASB-9988-R63G
Attorney for Defendants
AMSOL, LLC and AMSOL PHYSICIANS
OF ATHENS, AL, LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
P.O. Box 5527
Birmingham, AL 35255-5727
Tel.: 205-930-5100
Fax: 205-930-5101

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2009, the Motion of Defendants to File the Substituted Exhibit 9, to Evidentiary Submissions and Brief Under Seal was Electronically Filed. Pursuant to this Court's Administrative Procedure Regulations for CM/ECF Filing System, Substitute Exhibit 9 to Evidentiary Submissions was not filed electronically because it contained significant, private, confidential and proprietary information about the Defendants. Therefore, the afore-referenced Motion and substituted Exhibit 9 to Evidentiary Submissions and Brief is being filed conventionally with the Clerk's Office as specified in Appendix I to this Court's ALND Uniform Initial Order Governing Further Proceedings Entered February 26, 2008, and are also being hand-delivered to The Honorable T. Michael Putnam, and counsel identified below on August 31, 2009, the next business day.

> Edward Still, Esq.
> Edward Still Law Firm LLC
> Suite 541
> 2112 11th Avenue South
> Birmingham, Alabama 35205-2844
> Phone: 205-320-2882
> Fax: 205-449-9752
> Email: Still@votelaw.com
> *Attorney for Plaintiff*
> *Ronald M. Roan, M.D.*

>> /s/ *Gaile Pugh Gratton*
>> Of Counsel