FILED
2009 Dec-04 AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD M. ROAN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:08-cv-133-TMP |
| | ) | |
| AMSOL, LLC; | ) | |
| AMSOL MANAGEMENT | ) | |
| SOLUTIONS, LLC; | ) | |
| AMSOL ANESTHETISTS OF | ) | |
| ALABAMA, LLC, | ) | |
| | ) | |
| Defendants | ) | |

## CONSENT TO MAGISTRATE JUDGE AUTHORITY

In accordance with the provisions of 28 U.S.C. § 636(c) and F.R.C.P. 73, the undersigned parties all jointly consent to the exercise of full dispositive authority by the magistrate judge to whom this case was assigned for all proceedings, including jury or non-jury trial and the entry of final judgment. Appeals from decisions, orders, or rulings of the magistrate judge shall be to the United States Court of Appeals for the Eleventh Circuit.

| Signature of Counsel | Party(ies) Represented | Date |
|---|---|---|
| *[signature]* | Plaintiff | 4 Dec 2009 |
| *[signature]* | Defendants | 4 Dec 2009 |

**DO NOT RETURN THIS FORM TO THE CLERK UNLESS COUNSEL FOR ALL PARTIES HAVE CONSENTED AND SIGNED.**